UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Robert B. Kugler |
| | : | |
| Plaintiff(s), | : | Criminal No. 13-00021(RBK) |
| | : | |
| ANDREW CLARKE, | : | |
| | : | |
| Defendant(s). | : | |

## O R D E R

THIS MATTER HAVING come before the court upon the following "Motions" brought by defendant Andrew Clarke, pro se:

1) Motion Directed to the Court For Ministerial Records Maintained in the Regular Course of Business Record By The Honorable Clerk of Court. Deposition for Ministerial Records. (document 311);

2) Praecipe For Rule (document 314); and

3) Independent Action Pursuant to Rule 60(d) of the Federal Rules of Civil Procedure; seeking Relief from an Indictment Based on Fraud on the Court;

And the court having reviewed the papers submitted and for the reasons expressed in an accompanying Opinion,

IT IS ON THIS ___12th___ day of December, 2017, ORDERED that defendant Andrew Clarke's pro se motions be and are hereby DENIED.


  s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge